John M. Flannery (JMF-0229)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000

Attorneys for Defendant BATTERY PARK CITY AUTHORITY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x   21 MC 102(AKH)
IN RE: WORLD TRADE CENTER LOWER                            :
MANHATTAN DISASTER SITE LITIGATION
------------------------------------------------------------------------ x   Civil Action No.: 07cv05344
ZOILA CORTEZ,
                                                                          :  **NOTICE OF BATTERY PARK
                    Plaintiff,                                               CITY AUTHORITY's
                                                                          :  ADOPTION OF ANSWER TO
        -against-                                                            MASTER COMPLAINT**
                                                                          :
120 BROADWAY CONDOMINIUM (CONDO #871), ET
AL.,                                                                      :

                    Defendants.                                           :
------------------------------------------------------------------------ x

   PLEASE TAKE NOTICE THAT defendant, BATTERY PARK CITY AUTHORITY, as

and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off

Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt

BATTERY PARK CITY AUTHORITY's Answer to the Master Complaint dated

August 1, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan

Disaster site Litigation*, 21 MC 102 (AKH).

   WHEREFORE, BATTERY PARK CITY AUTHORITY demands judgment dismissing

the above-captioned action as against each of them, together with their costs and disbursements.

Dated: White Plains, New York
       September 25, 2007

1700821.1

Yours, etc.,

WILSON, ELSER, MOSKOWITZ, EDELMAN
   & DICKER LLP
Attorneys for Defendants
BATTERY PARK CITY AUTHORITY
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000
File No.: 06867.00117

By: _____
      John M. Flannery (JMF-0229)

1700821.1